IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANKLIN C. EDMONDS,

    Plaintiff,

v.

OPERATING ENGINEERS LOCAL 139,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-644-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B, CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Operating Engineers Local 139 dismissing plaintiff Franklin Edmonds's Title VII claim with prejudice because it is barred under the doctrine of claim preclusion and dismissing plaintiff's state-law breach of contract claim without prejudice under 28 U.S.C. § 1367(c)(3).

_____
Peter Oppeneer, Clerk of Court

JUL 2 7 2009
Date